No. 404. LEWIS-KURES ET AL. *v.* EDWARD R. WALSH & Co. October 23, 1939. Petition for writ of certiorari to the Circuit Court of Appeals for the Second Circuit, and motion for leave to proceed further *in forma pauperis,* denied. *Messrs. Silas Blake Axtell* and *Winter S. Martin* for petitioners. *Mr. William Butler* for respondent.

No. 439. LEWIS *v.* ASHE, WARDEN, ET AL. October 23, 1939. Petition for writ of certiorari to the Supreme Court of Pennsylvania, and motion for leave to proceed further *in forma pauperis,* denied. *Thomas Lewis, pro. se.* No appearance for respondents.

No. 353. MILK WAGON DRIVERS UNION OF CHICAGO, LOCAL 753, ET AL. *v.* MEADOWMOOR DAIRIES, INC. October 23, 1939. On consideration of the suggestion of a diminution of the record and motion for a writ of certiorari in that relation, the motion for a writ of certiorari is granted. The petitioner for writ of certiorari to the Supreme Court of Illinois is denied. *Messrs. Joseph Padway* and *Myron D. Alexander* for petitioners. *Mr. Charles S. Deneen* for respondent.